# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMINA JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:22-cv-00796-XR |
| FEDERAL INFORMATION SYSTEMS, INC., | § § § | |
| Defendant. | § | |

## SUPPLEMENTAL STATE COURT RECORD

Defendant Federal Information Systems, Inc., by and through its counsel, now supplements the state court record, pursuant to 28 U.S.C. §1446(a) and this Court's standing order for removed cases.

Respectfully submitted,

**CLAUSEWITZ REYES**
2722 West Bitters Road, Suite 110
San Antonio, Texas 78248
Telephone: (210) 762-6422
Facsimile: (210) 762-6899

By: */s/ Shellie R. Reyes*
 Tiffanie S. Clausewitz
 State Bar No. 24051936
 tiffanie@clausewitzreyes.com
 Shellie R. Reyes
 State Bar No. 24082115
 shellie@clausewitzreyes.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I electronically filed a true and correct copy of this document using the Court's Electronic Case Filing System ("ECF"), pursuant to the Western District of Texas Local Rules. Notes of the filing were served by operation of the Court's ECF, e-mail, and/or regular U.S. mail, postage pre-paid, on the following counsel of record:

> Amina Johnson
> johnsajj@gmail.com
> 7228 Queen Crescent St
> Las Vegas Nevada 89166
> and
> 4904 Royal Lake Ave
> Las Vegas, Nevada 89131
>
> **Pro Se Plaintiff**

> > /s/ Shellie R. Reyes