**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**FILED**

August 18, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MGR

DEPUTY

AMINA JOHNSON,

     **Plaintiff,**

v.

FEDERAL INFORMATION SYSTEMS, INC.,

     **Defendant**

Civil Action No. 5:22-cv-00796

---

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

---

**TO THE HONORABLE JUDGE XAVIER RODRIGUEZ:**

COMES NOW, Plaintiff, Amina Johnson pro se, respectfully moves this Court for a default judgment against Defendant Federal Information Systems Inc., for the reason that Defendant Federal Information Systems Inc., although duly served with process, failed to respond for over 90 days, but wholly made default. In this regard, Plaintiff Amina Johnson pro se would respectfully show the Court including, but not limited to:

1.    **On April 1, 2022**, Defendant Federal Information Systems, Inc., received the initial complaint and the summons via eFileTexas.gov pursuant to Supreme Court of Texas, Misc. Docket No. 13-9165.

2.    **On or around April 15**, Plaintiff Amina Johnson pro se, confirmed return of service by 407th Judicial District Court Clerk's Office.

3.    **On May 4, 2022**, Plaintiff Amina Johnson pro se, filed Motion of Default Judgment in 407th Judicial District Court of Bexar County, Texas pursuant to Tex. R. Civ. P. 239.

4.    **On May 6, 2022**, Plaintiff Amina Johnson pro se, contacted District Court Clerk's office to requested a hearing on Motion of Default Judgment pursuant to Tex. R. Civ. P. 503.1(a)(2).

5.    **On June 21, 2022**, Plaintiff Amina Johnson pro se, attended 407th Judicial District Court of Bexar County, Texas Zoom meeting to set a hearing for Motion of Default Judgment.

Attached hereto for all purposes as Exhibit "A" is Plaintiffs' Amina Johnson pro se **emotional impact** that could not be articulated prior to, during and after each stage of the proceedings. By the Grace of GOD, I am standing pleading with this Court to hear Plaintiffs' Amina Johnson **voice** and to allow Plaintiffs' Amina Johnson **invisible scars** to start the healing process.

Plaintiff Amina Johnson pro se is entitled to judgment as a matter of law.

WHEREFORE, Plaintiff Amina Johnson pro se pray that this Court grant this Motion for Default Judgment against Defendant Federal Information Systems Inc.

Respectfully submitted,

By: _____ 20220817
Amina Johnson pro se
4904 Royal Lake Ave
Las Vegas, NV 89131

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I filed a true and correct copy of this document via txwd.uscourts.gov, pursuant to the Western District of Texas Clerk's Office. Notes of the filing were served by email on the following counsels of record:

Tiffanie S. Clausewitz
State Bar No. 24051936
tiffanie@clausewitzreyes.com

Shellie R. Reyes
State Bar No. 24082115
shellie@clausewitzreyes.com

20220817

Amina Johnson pro se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**AMINA JOHNSON,**

        **Plaintiff,**

**v.**

Civil Action No. 5:22-cv-00796

**FEDERAL INFORMATION SYSTEMS, INC.,**

        **Defendant**

---

## DEFAULT JUDGMENT

---

       On this day came to be heard the above-entitled and numbered civil action wherein Plaintiff Amina Johnson pro se, wherein Federal Information Systems Inc. are Defendants, although duly served with citation responded not, but wholly made default.

       Citation having been duly and properly served on the Defendant Federal Information Systems Inc., and has remained on file for the time required by law. This Court has papers on file and is of the opinion that the Plaintiff's Motion for Default was admitted to the 407th Judicial District Court of Bexar County, Texas. This Court finds that Defendant Federal Information Systems Inc., did not serve on the Plaintiff Amina Johnson pro se, an response to the initial complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

       IT IS, THEREFORE, ORDERED, ADJUGE, AND DECREED that Plaintiff Amina Johnson pro se, have and recover against Defendant Federal Information Systems Inc., judgment as follows:

1. Judgment against Defendant Federal Information Systems Inc., in the amount of 110,000.00, represent compensatory damage to Plaintiff Amina Johnson pro se.

2. Judgment against Defendant Federal Information Systems Inc., in the amount of 390,000.00, represent punitive damage to Plaintiff Amina Johnson pro se.

3. All writs and processes for the enforcement and collection of this judgment may issue as necessary.

All other relief not expressly granted is denied.
SIGNED and ENTERED this _____day of __, 2022.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## U.S EQUAL EMPLOYMENT

## OPPORTUNITY COMMISSION

)
)      **EEOC Charge No. 451-2021-01589**
)
)
_____)      **Response to the Respondent's Position Statement**

### I.  FACT

Based on the Exhibits provided by the Claimant in this Response, it can be inferred that the Claimant's allegation of discrimination and retaliation are supported but not limit to, the verbiage in the Respondent's Position Statement and  the verbiage in the Law Firm Documents. It can also be inferred that the Claimant was still assigned to the FTDTL Project and employed by Federal Information Systems Inc.

1. The Claimant reported, to Alexander M. Bartonek in early March 2021, that she was being treated differently by a Developer  while assigned to FTDTL Project marked as Exhibit 1A. Per the verbiage used in a EEOC letter marked as Exhibit 1B (**"Your complaint to your supervisor that you were not being heard because you were a woman was reported and addressed"**) infers that the Claimant's allegation reported to Alexander M. Bartonek was valid as it was "**addressed**".

2. The Claimant reported a second time, that her voice was not being heard, on March 31, 2021 to Alexander M Bartonek and Adrian M Flores while still assigned to FTDTL Project. Exhibits 2A, and 2B infers that the allegation was reported to Management (Adrian M Flores), and no investigation was conducted at that time. Exhibit 2C infers that Adrian M Flores took an adverse action against the Claimant by removing the Claimant from the FTDTL Project on  April 7, 2021.

3. The Claimant reported to Robert McKay (Human Resources) on April 7, 2021 via phone that her removal by Adrian M. Flores from FTDTL Project was retaliation. This was a three way conversation between the Claimant, Robert McKay, and Adrian M. Flores.  Adrian M. Flores informed the Claimant , a reason for termination was not required due to the State of Texas being an At Will State.

Robert McKay instructed the Claimant to write a formal statement and the matter would be investigated. Based on Exhibit 1A and 2B, it can be inferred that the Claimant followed Federal Information Systems Inc process and was still employed with Federal Information Systems Inc at the time of this three way conversation.

4. The Claimant's employment with Federal Information Systems Inc. was terminated on April 8, 2021 and all communication was directed to the Law Firm. Exhibit 3 infers that the Claimant employment with Federal Information Systems Inc was terminated.

## II. <u>Legal Analysis</u>

A. <u>**Pursuant to Title VII of the Civil Rights Act of 1964**</u> (Pub. L. 88-352) (Title VII), as amended, as it appears in volume 42 of the United States Code, beginning at section 2000e)

> "Title VII prohibits employment discrimination based on race, color, religion, sex and national origin"

The Claimant's allegation of being treated differently while being assigned to the FTDTL Project could be inferred in the EEOC Correspondence that the Claimant's reported a "**Protected Act**" and the Claimants Civil Rights were violated. The verbiage "**because you were a woman**" and "**addressed**" can be used as inferences that the Claimant was discriminated against based on gender.


B. <u>**Pursuant to Wikipedia**</u>

"**Discrimination** is the act of making unjustified distinctions between people based on the groups, classes, or other categories to which they belong or are perceived to belong.[1] People may be discriminated on the basis of race, gender, age, religion, or sexual orientation, as well as other categories.[2] Discrimination especially occurs when individuals or groups are unfairly treated in a way which is worse than other people are treated, on the basis of their actual or perceived membership in certain groups or social categories.[2][3] It involves restricting members of one group from opportunities or privileges that are available to members of another group.[4]"

Per Wikipedia and the Exhibits, it can be inferred that the Claimant was being discriminated against while being assigned to the FTDTL Project.

C. <u>**42 U.S. Code § 12203.Prohibition against retaliation and coercion**</u>

"(a)Retaliation
No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter."

The Claimant was removed from FTDTL Project by Adrian M Flores on April 7, 2021 after reporting the "**Protected Act**" on March 31, 2021, . The Claimant was then "**fired**" on April 8, 2021 by Federal Information System Inc after reporting "**Retaliation**" by Adrian M Flores.


D. <u>**United States Department of Labor**</u>

"Retaliation occurs when an employer (through a manager, supervisor, or administrator) fires an employee or takes any other type of adverse action against an employee for engaging in protected activity."

The Claimant was "**removed**" from the FTDTL Project by Adrian M Flores on April 7, 2021 and was then "**fired**" on April 8, 2021 by Federal Information System Inc.

### III. <u>Conclusion</u>

Based on the inferences provided by the Claimant, it can be inferred that Respondent did not provide

a **'safe'** working environment for the Claimant. Instead the Respondent willfully chose to **'defame'** the

Claimant's character and **"terminate'** the Claimant's employment .

THEREFORE, the Claimant respectfully request the investigation move forward to determine the

Merits of the Case and to **"determine"** the recovery of compensatory and punitive damage.

<br>

| | |
|---|---|
| 11/16/2021 | *Amina Johnson* |
| Date | Amina Johnson, Claimant |

# EXHIBITS

11/9/21, 2:02 PM                    Gmail - Retaliation against Amina Johnson (UNCLASSIFIED)

 Gmail                                        **Amina Johnson <johnsajj@gmail.com>**

---

## Retaliation against Amina Johnson (UNCLASSIFIED)

6 messages

---

**Johnson, Amina CTR (USA)** <amina.johnson.ctr@mail.mil>                    Wed, Apr 7, 2021 at 3:23 PM
To: Robert McKay <rmckay@fedinfosys.com>
Cc: "Flores, Adrian M CTR (USA)" <adrian.m.flores11.ctr@mail.mil>, "johnsajj@gmail.com" <johnsajj@gmail.com>

CLASSIFICATION: UNCLASSIFIED


Robert,


Please assist on my next steps for Retaliation.


I am Black Female that voiced that I was being treated differently by a Developer (Charles C Criswell) to Alexander M Bartonek and my voice was not being heard to Alexander M Bartonek and Adrian M Flores.

Today, Adrian M Flores informed me that he did not report it to HR because he did his due Diligence and instead my contract was ending effective today @1600.


Resolution: I am seeking my voice to be heard, these allegations investigated and the persons involved be held Accountable.


Please forward a copy of the email sent to the Prime @ johnsajj@gmail.com




Respectfully,


Amina Johnson

FTDTL Developer


MEDCOM G-3/5/7-PCI (FTDTL)

Hipolito F. Garcia Federal Building and United States Courthouse

615 East Houston St., Alamo Plz

San Antonio, Texas 78205



Exhibit 1A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX (210) 281-2522
Website: www.eeoc.gov

November 9, 2021

Amina Johnson
7228 Queens Crescent St
Las Vegas, NV 89166

**BY E-MAIL ONLY TO:** johnsajj@gmail.com

Re:    EEOC Charge:  451-2021-01589
       Respondent:    FEDERAL INFORMATION SYSTEMS, INC

Dear Amina Johnson:

    This is to advise you that FEDERAL INFORMATION SYSTEMS, INC provided the
U.S. Equal Employment Opportunity Commission ("EEOC") a response ("Position Statement")
to your  Charge of Discrimination.  The Respondent's Position Statement, with any exhibits, has
been released to you for review and response through the EEOC Public Portal.  Any information
submitted to you which is deemed confidential and not subject to disclosure has been redacted.
**By accepting these documents, you agree that you will only share the contents with persons**
**in a privileged relationship, such as  a spouse, clergy, or legal, medical, or financial counsel.**

    The above referenced charge is subject to dismissal if it is determined that further
investigation will not likely establish a violation of the laws we enforce.  The current information
in the charge file fails to support your  allegations of Sex-Female, Retaliation, Race-
Black/African American  discrimination.  Review of the current information indicates you were
on assignment with prime contractor FEDITC during your employment with Respondent.  Your
complaint to your supervisor that you were not being heard because you were a woman was
reported and addressed.  You did not report any repeated incidents or further discrimination until
after you were discharged.  The evidence indicates on April 7, 2021, FEDITC's VP of
Information Systems, instructed FIS to terminate your employment for not meeting job
expectations.  The Net Developer position you held with FEDITC was not filled after you were
discharged.  The evidence indicates when notified of your termination, you alleged and later
reported you were discharged in retaliation for complaining.  Through its attorney, FIS
responded to your complaint and requested detailed information which you did not provide.

    At this time, we request that you provide, within twenty (20) days from the date of this
notice, any new additional information which you would like our office to consider in our
assessment of the evidence.  As we are not receiving physical mail at this time, you may e-mail,
fax or upload your response to the EEOC Public Portal (**https://publicportal.eeoc.gov**) under the file
type title of "Response to Position Statement."  You are advised to include your EEOC charge
number on any communications with this office.

Exhibit 1B

SAFO CLSR 2020



**Shellie R. Reyes**
*Partner*
shellie@clausewitzlaw.com

April 15, 2021

Amina Johnson

Via Email: <u>johnsajj@gmail.con</u>

Re:   Employment with Federal Information Systems, Inc. – **Complaint Request**

Dear Ms. Johnson:

Please be advised our Firm has been retained by Federal Information Systems, Inc. ("Employer") to investigate the allegations made on or around March 30, 2021, in your exit interview with Mr. Robert McKay, and in the attached email correspondence. *See* Attachment 1.

Per the Employer's handbook, of which you've acknowledged receipt, we are requesting you make a formal complaint in writing to our Firm. Your complaint should be detailed and specific with regard to your allegations, including individuals involved, dates, times, locations of conversations, and any other relevant details you believe need to be included in the scope of our investigation. We've attached a form for your convenience. *See* Attachment 2.

Please provide your complaint to our Firm, no later than April 29, 2021. Please do not hesitate to contact our Firm should you have any questions or concerns.


Sincerely,

Shellie Reyes

Shellie R. Reyes

cc:     Client

encl:   Attachment 1 – Email Correspondence dated April 8, 2021
        Attachment 2 – Federal Information Systems, Inc.; Discrimination/Retaliation Complaint Form

2722 West Bitters Road, Suite 110, San Antonio, TX 78248  |  210.762.6422  |  210.762.6899  |  www.clausewitzlaw.com

Exhibit 2A

**From:** Amina Johnson <johnsajj@gmail.com>
**Sent:** Thursday, April 8, 2021 7:09:57 AM
**To:** Robert McKay <rmckay@fedinfosys.com>
**Cc:** Johnson, Amina CTR (USA) <amina.johnson.ctr@mail.mil>
**Subject:** Re: Retaliation against Amina Johnson (UNCLASSIFIED)

[Quoted text hidden]

---

**Amina Johnson** <johnsajj@gmail.com>                                        Thu, Apr 8, 2021 at 8:46 AM
To: Robert McKay <rmckay@fedinfosys.com>
Cc: "Johnson, Amina CTR (USA)" <amina.johnson.ctr@mail.mil>

Robert,

Thank you for the update. Please provide the Estimated Date of Investigation.

I am available today at 1745 to return the laptop and badge. Are you available?

Respectfully,


Amina Johnson
Sr. Software Engineer
(704) 258 - 5900
johnsajj@gmail.com

[Quoted text hidden]

---

**Robert McKay** <rmckay@fedinfosys.com>                                      Thu, Apr 8, 2021 at 9:54 AM
To: Amina Johnson <johnsajj@gmail.com>

The investigation started today.

Yes, I can be available at 1745 at the Walmart on DeZavala. I'll be driving a black Toyota Avalon.

See you soon - Thanks!


**Robert McKay | Director of Operations**

Federal Information Systems, Inc:
Phone: 210-478-6321
www.fedinfosys.com



[Quoted text hidden]

---

**Amina Johnson** <johnsajj@gmail.com>                                        Wed, Aug 25, 2021 at 4:18 PM
To: Ruth Washington <rjjenwashington@gmail.com>

[Quoted text hidden]

Exhibit 2B

 Gmail

**Amina Johnson <johnsajj@gmail.com>**

## Retaliation against Amina Johnson (UNCLASSIFIED)

6 messages

**Johnson, Amina CTR (USA)** <amina.johnson.ctr@mail.mil>                    Wed, Apr 7, 2021 at 3:23 PM
To: Robert McKay <rmckay@fedinfosys.com>
Cc: "Flores, Adrian M CTR (USA)" <adrian.m.flores11.ctr@mail.mil>, "johnsajj@gmail.com" <johnsajj@gmail.com>

CLASSIFICATION: UNCLASSIFIED


Robert,


Please assist on my next steps for Retaliation.


I am Black Female that voiced that I was being treated differently by a Developer (Charles C Criswell) to Alexander M Bartonek and my voice was not being heard to Alexander M Bartonek and Adrian M Flores.

Today, Adrian M Flores informed me that he did not report it to HR because he did his due Diligence and instead my contract was ending effective today @1600.


Resolution: I am seeking my voice to be heard, these allegations investigated and the persons involved be held Accountable.


Please forward a copy of the email sent to the Prime @ johnsajj@gmail.com




Respectfully,


Amina Johnson

FTDTL Developer


MEDCOM G-3/5/7-PCI (FTDTL)

Hipolito F. Garcia Federal Building and United States Courthouse

615 East Houston St., Alamo Plz

San Antonio, Texas 78205




Exhibit 2C

4/10/2021                    Gmail - Employment Termination with Federal Information Systems, Inc.

 Gmail                                    **Amina Johnson <johnsajj@gmail.com>**

## Employment Termination with Federal Information Systems, Inc.
1 message

**Shellie Reyes** <shellie@clausewitzlaw.com>                        Thu, Apr 8, 2021 at 3:48 PM
To: "johnsajj@gmail.com" <johnsajj@gmail.com>
Cc: Tiffanie Clausewitz <tiffanie@clausewitzlaw.com>

Ms. Johnson,


Please be advised our Firm has been retained by Federal Information Systems, Inc. to review and respond to your allegations
with regard to your termination of employment. Please direct all future communications regarding this matter to our firm. We
will be in touch soon with a formal response.


Sincerely,


**Shellie R. Reyes**

*Partner*

*shellie@clausewitzlaw.com*




CLAUSEWITZ
LAW FIRM

2722 West Bitters Road, Suite 110

San Antonio, Texas 78248

T: (210) 762-6422

F: (210) 762-6899

www.clausewitzlaw.com


**COVID-19 UPDATE:** In compliance with city, county, and state mandates and out of care and concern for our employees and clients, our
Firm's offices will remain open remotely during normal business hours (8:30 a.m. until 5:30 p.m.). Until further notice, we will meet with
clients and fellow attorneys only via phone and video conference. Our responses may be delayed during this period of remote access. We
appreciate your understanding.


Exhibit 3

FILED
3/28/2022 3:35 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo
Bexar County - 407th District Court

Case 5:22-cv-00796-HJB   Document 9   Filed 08/18/22   Page 17 of 44

UNITED STATES DISTRICT COURT
for the
The District of Bexar County

|  |  |
|---|---|
| Amina Johnson, ) | CIVIL COMPLAINT |
| 7228 Queen Crescent St ) | |
| Las Vegas NV 89166 ) | Cause No.    2022CI05674 |
| (704) 258 - 5900 ) | |
| johnsajj@gmail.com ) | |
| Plaintiff. ) | |
| vs. ) | |
| ) | |
| Federal Information Systems Inc., ) | |
| 1811 S Laredo Ste #107 ) | |
| San Antonio TX 78207 ) | |
| (210) 424-0306 ) | |
| office@fedinfosys.com ) | |
| Defendant. ) | |

**COMPLAINT**

Plaintiff Amina Johnson pro se, for her complaint against the Defendant Federal Information Systems Inc. but not limited to are as follows:

**INTRODUCTION**

1. This is an action for Discrimination and Retaliation against the Plaintiff by the Defendant Federal Information Systems Inc. pursuant to Title VII of the Civil Rights Act of 1964.

2. The Plaintiff Amina Johnson alleges being treated differently by a Developer while assigned to the FTDTL Project to Alexander M. Bartonek in early March 2021.

3. The Plaintiff Amina Johnson alleges that her voice was not being heard and the allegation of discrimination was still occurring to Alexander M. Bartonek and Adrian M. Flores while still assigned to FTDTL Project in April 2021.

4. The Plaintiff Amina Johnson was removed from the FTDTL Project in April 2021 by Adrian M. Flores.

5.      The Plaintiff Amina Johnson reported to Robert McKay (Human Resources) of the allegations in April 2021.

6.      The Plaintiff Amina Johnson was terminated by the Defendant Federal Information Systems Inc. in April 2021.

## CONCLUSION

THEREFORE, the Plaintiff Amina Johnson pro se, respectfully request the District Court of Bexar County move forward to 'determine' but not limited to, the Merits of the Case and the recovery of compensatory and punitive damage.

Amina Johnson

Digitally signed by Amina Johnson Date: 2022.03.28 11:29:39 -07'00'

03/28/2022
_____
Date

_____
Amina Johnson, Plaintiff

Amina Johnson|7228 Queens Crescent St|Las Vegas NV 89166|(704) 258-5900|johnsajj@gmail.com

2

FILED
5/4/2022 1:56 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Vanessa Williams
Bexar County - 407th District Court

# IN THE UNITED STATES DISTRICT COURT
## OF BEXAR COUNTY

| | | |
|---|---|---|
| **Amina Johnson,** | ) | **CIVIL COMPLAINT** |
| **Plaintiff.** | ) | |
| | ) | **Cause No. 2022CI05674** |
| **vs.** | ) | |
| | ) | |
| **Federal Information Systems Inc.,** | ) | |
| **Defendant.** | ) | |

## <u>MOTION FOR DEFAULT JUDGMENT</u>

On this day came to be heard the above-entitled and numbered cause wherein Plaintiff Amina Johnson pro se, moves the Court for a judgment by default against the Defendant, Federal Information Systems Inc., for the reason the Defendant, Federal Information Systems Inc., although duly served with process, failed to respond to the complaint, but wholly made default.

Citation having been duly and properly served on the Defendant, Federal Information Systems Inc., and has remained on file for the time required by law, it is the opinion of the Court that it maintains jurisdiction over the subject matter and over said Defendant, Federal Information Systems Inc.,. The Court has the papers on file and is of the opinion that the Plaintiff's Complaint and Process Service have been admitted by the Plaintiff, Amina Johnson pro se. The Court finds that the Defendant, Federal Information Systems Inc., did not serve on the Plaintiff, Amina Johnson pro se, an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED, ADJUDGE, AND DECREED that the Plaintiff, Amina Johnson pro se, have and recover against the Defendant, Federal Information Systems Inc., judgment as follows:

1. Judgment against the Defendant, Federal Information Systems Inc., in the amount of 110,000.00, representing compensatory damage to the Plaintiff, Amina Johnson pro se.

2. Judgment against the Defendant, Federal Information Systems Inc., in the amount of 390,000.00, representing punitive damage to the Plaintiff, Amina Johnson pro se.

3. All writs and processes for the enforcement and collection of this judgment or the cost of the court may issue as necessary.

<u>CERTIFICATE OF LAST KNOWN ADDRESS</u>

I hereby certify that the last known address of the Defendant, Federal Information Systems Inc., is 1811 S Laredo Ste #107, San Antonio TX 78207.

Amina Johnson
Digitally signed by Amina Johnson
Date: 2022.05.04 10:50:39 -07'00'

5/4/2022
Date

Amina Johnson, Plaintiff
Pro se
4904 Royal Lake Ave
Las Vegas NV 89131
(704) 258-5900

Details - Case # 2022CI05674 - Envelope # 63169554

## Case

| Location | Category |
| --- | --- |
| Bexar County - 407th District Court | Civil - Employment |

| Type | Judge |
| --- | --- |
| Retaliation | 407th, District Court |

## Parties

⌄
Show All

Count: 2

## Filings

| Filing Code | Client Ref # |
| --- | --- |
| Service Only | 2022CI05674 |

| Filing Description | Submitted Date |
| --- | --- |
| Civil Complaint | 04/01/2022 6:50 AM |

| Status | Review Date |
| --- | --- |
| Served | |

Comments

| Component | Document Name |
| --- | --- |
| | Digital Signed Bexar County Complaint Form.pdf |

| Description | Security |
| --- | --- |
| | Contains sensitive data |

| Download Version | |
| --- | --- |
| Original | Court Copy |

## Service

⌃
Hide all

Count: 1

Federal Information System Inc
office@fedinfosys.com
Status: Sent (Opened)
Served Date: 04/01/2022 6:50 AM

Service Method: EServe

Opened Date: 04/01/2022 11:04 AM

Associated Parties: None

## Fees

| Payment Account | Party Responsible for Fees |
| --- | --- |
| Amina Johnson | Amina Johnson |

| Filer Type | |
| --- | --- |
| Attorney/ Other | |

| Order ID | Transaction Response |
| --- | --- |

| Transaction Amount | Transaction ID |
| --- | --- |
| $0.00 | 92673210 |

Help

**Total**  $0.00

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **AMINA JOHNSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 5:22-cv-00796 |
| | § | |
| **FEDERAL INFORMATION SYSTEMS, INC.,** | § | |
| | § | |
| **Defendant** | § | |

---

<u>**PLAINTIFFS' MOTION FOR REMAND**</u>

---

**TO THE HONORABLE JUDGE XAVIER RODRIGUEZ:**

COMES NOW, Plaintiff, Amina Johnson pro se, to file Motion to Remand and respectfully request that this Court rejects Defendant Federal Information Systems Inc., improper basis for Removal, remand the case back to state court and award the Plaintiff Amina Johnson pro se, Motion of Default Judgment. In this regard, Plaintiff Amina Johnson pro se would respectfully show the Court including, but not limited to:

**I.**
**<u>INTRODUCTION</u>**

This is not a discrimination case. This case is about damages the Plaintiff, Amina Johnson pro se, suffered by Defendant Federal Information Systems Inc., **malice** and **fraud** prior to, during and proceeding the EEOC Charge 451-2021-01589. Defendant Federal Information Systems Inc., acknowledged a **protected activity** under Title VII of the Civil Rights Act of 1964 was **reported and addressed**, an **adverse action** occurred, and submitted baseless evidence in the position statements.

The Plaintiff, Amina Johnson pro se, acknowledges due to the **emotional impact** of these proceedings, establishing Defendant Federal Information Systems, Inc., recommendation of **removal from the project** and **knowledge of** could not be **articulated**.

This does not **absolve** Defendant Federal Information Systems, Inc., **responding** pursuant to Tex. R. Civ. P. 99(b), **submitting** the Notice of Removal pursuant to 28 U.S.C. § 1446, and **liabilities** from **actions** or **inactions**.

II.
## REVELAVANT PROCEDURAL HISTORY

1. **On March 28, 2022** , Plaintiff Amina Johnson pro se filed an initial complaint in 407th Judicial District Court of Bexar County, Texas entitled Amina Johnson v. Federal Information Systems Inc., Cause No. 2022CI05674.

2. **On April 1, 2022**, Defendant Federal Information Systems, Inc., received the **initial complaint** and the **summons** via eFileTexas.gov pursuant to Supreme Court of Texas, Misc. Docket No. 13-9165.

3. **On or around April 15**, Plaintiff Amina Johnson pro se, **confirmed return of service** by 407th Judicial District Court Clerk's Office.

4. **On May 4, 2022**, Plaintiff Amina Johnson pro se, filed **Motion of Default Judgment** in 407th Judicial District Court of Bexar County, Texas pursuant to Tex. R. Civ. P. 239.

5. **On May 6, 2022**, it can be inferred Defendant Federal Information Systems, Inc., was notified of the **Motion of Default Judgment** by Brenda A Carrillo Lead Civil Operations Clerk correspondence (*see Exhibit 1 attached hereto*).

6. **On May 6, 2022**, Plaintiff Amina Johnson pro se, contacted District Court Clerk's office to requested a hearing on **Motion of Default Judgment** pursuant to Tex. R. Civ. P. 503.1(a)(2).

7. **On May 6, 2022,** Plaintiff Amina Johnson pro se, contacted Brenda A Carrillo Lead Civil Operations Clerk and requested a hearing on Motion of Default Judgment pursuant to Tex. R. Civ. P. 503.1(a)(2).

8. **On May 6, 2022**, Plaintiff Amina Johnson pro se, submitted a **Request for Process** to 407th Judicial District Court of Bexar County, Texas via eFileTexas.gov.

9. **On May 9, 2022**, Plaintiff Amina Johnson pro se, contacted District Court Clerk's office to requested a hearing on Motion of Default Judgment pursuant to Tex. R. Civ. P. 503.1(a)(2).

10. **On June 21, 2022**, Plaintiff Amina Johnson pro se, attended 407th Judicial District Court of Bexar County, Texas Zoom meeting to set a hearing for Motion of Default Judgment.

11. **On June 21, 2022**, Plaintiff Amina Johnson pro se filed submitted a Request for Process to 407th Judicial District Court of Bexar County, Texas via eFileTexas.gov.

12.    **On July 25, 2022** , Clausewitz Reyes Attorneys at Law  submitted  **Notice of Removal** to 407th Judicial District Court of Bexar County, Texas on behalf of Defendant Federal Information Systems, Inc..

13.    **On July 25, 2022**, Plaintiff Amina Johnson pro se informed Clausewitz Reyes Attorneys at Law of some of the procedural history (*see Exhibit 2 attached hereto*).

14.    **On July 27, 2022**, Clausewitz Reyes Attorneys at Law  submitted **Supplemental State Court Record** to The Western District of Texas San Antonio Division on behalf of Defendant Federal Information Systems, Inc..

## III.
## LEGAL ANALYSIS

15.    **Pursuant to EEOC Charge 451-2021-01589**

"**Respondent acknowledged in its position statement... which is a protected complaint... The evidence demonstrates the decision to end your job assignment... was made solely by the Vice President... who was not aware of your complaint**".

It can be inferred including, but not limited to, Defendant Federal Information Systems, Inc., submitted evidence to be '*absolved*' of the '*casual link*' between the '*protected activity*' and the '*adverse action*' and established "**arises under the law that creates the cause of action**" (*see Exhibit 3 attached hereto*).

16**.**    **Pursuant to Tex. R. Civ. P. 239**

"**Upon such call of the docket, or at any time a defendant is required to answer,  the  plaintiff may in term time take judgment by default against such defendant if he has not previously filed an answer, and provided that the return of service shall  have been on file with the clerk for the length of time required by Rule 107.**"

The 407th Judicial District Court of Bexar County, Texas received a return of service on April 1, 2022 and Plaintiff Amina Johnson pro se, filed a **Motion of Default Judgment** approximately 33 Days after no response from Defendant Federal Information Systems Inc. (*see Exhibit 4 attached hereto*).

17.    **Pursuant to Tex. R. Civ. P. 503.1(a)(2)**

> **"...plaintiff who seeks a default judgment against a defendant must request a hearing, orally or in writing... With the permission of the court, a party may appear at a  hearing by means of telephone or an electronic communication system."**

It can be inferred that Brenda A Carrillo '*abused her power*' including, but not limited to, '*delay*'

the requested hearing, '*interfering*' with Texas's Civil Proceeding and '*gas-lighting'(see Exhibit 4*

*attached hereto).*

18.    **Pursuant to 28 U.S.C. § 1446(b)**

> **"The notice of removal of a civil action or proceeding shall be filed within 30 days   after the receipt by the defendant, through service or otherwise, ..."**

Defendant Federal Information Systems, Inc., filed a **Notice of Removal** over 90 day after receipt

of the **initial complaint and summon** through eFileTexas.gov service.

19.  **Pursuant to  Rains v. Criterion Systems, Inc., 80 F.3d 339, 344 (9th Cir. 1996),**

> "**It is state, not federal, law that creates the cause of action for wrongful discharge in violation of public policy."**

Plaintiff Amina Johnson pro se acknowledges due the **emotional impact** of these proceedings, the

state claim was in the **conclusion**  "... **Merit of the Case and the recovery of compensatory and**

**punitive damages.**"  It can be inferred that  EEOC Charge 451-2021-01589 proved a **protected**

**activity was reported**, an **adverse action** occurred and **temporal proximity** existed.

## IV.
## SUMMARY

20.      Defendant Federal Information Systems Inc., blanket conclusions of the initial complaint is

not a proper basis for removal.  Plaintiff Amina Johnson pro se has only stated facts that Defendant

Federal Information Systems Inc., has acknowledged in the EEOC Charge 451-2021-05189.

Plaintiff Amina Johnson pro se pleading is clear, no federal question exist, Defendant's Federal

Information Systems Inc received the initial complaint on April 1, 2022, acknowledged protected

activity was reported, an adverse action occurred, willfully submitted baseless evidence to EEOC and

continue to malign Plaintiff Amina Johnson pro se.

## V.
## CONCLUSION

21.      THEREFORE, Plaintiff Amina Johnson pro se, respectfully pleads with this Court to grant the

Motion for  Remand on procedural defects and grant the Motion of Default Judgment.

Respectfully submitted,

By: _____   *20220814*

Amina Johnson pro se
4904 Royal Lake Ave
Las Vegas, NV 89131

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I filed a true and correct copy of this document via txwd.uscourts.gov, pursuant to the Western District of Texas Clerk's Office. Notes of the filing were served by email on the following counsels of record:

Tiffanie S. Clausewitz
State Bar No. 24051936
tiffanie@clausewitzreyes.com

Shellie R. Reyes
State Bar No. 24082115
shellie@clausewitzreyes.com

_20220814_

Amina Johnson pro se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **AMINA JOHNSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 5:22-cv-00796 |
| | § | |
| **FEDERAL INFORMATION SYSTEMS, INC.,** | § | |
| | § | |
| **Defendant** | § | |

<u>**ORDER**</u>

On this date, came on to be considered Plaintiff's Amina Johnson pro se MOTION TO REMAND in the above-entitled and numbered cause. The Court, having considered Plaintiff's Amina Johnson pro se motion, is of the opinion that said motion be and is hereby **GRANTED**.

IT IS THEREFORE, ORDERED that this case is remanded back to 407th Judicial District Court of Bexar County, Texas.

SIGNED and ENTERED this _____day of __, 2022.


_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

**Amina Johnson <johnsajj@gmail.com>**

---

**2022CI05674**
1 message

---

**Carrillo, Brenda** <brenda.carrillo@bexar.org>                    Fri, May 6, 2022 at 8:31 AM
To: "johnsajj@gmail.com" <johnsajj@gmail.com>

Good Morning:


Our office received a call from your office this morning.  You were checking on the status of the citation in this case.

The call was lost or dropped.


Your office submitted a Motion for Default Judgement and selected the fee for a citation.  We do not issue citation on the Motion. We can issue a citation on the original petition by certified mail.  However because you selected the certified mail fee we will need you to file a Request Form.


Please submit a request form and list who the service should be directed to and list their address and pay for the service copy fee of 2 pages please list the title of the document as well.  Please also make a filers notes; "per Brenda's instructions you are filing the request form and the service copy fee". The Motion was accepted by the court clerk and she did not realize you paid for a citation.


Thank you.



Brenda A Carrillo

Lead Civil Operations Clerk

Office of Mary Angie Garcia

101 W. Nueva, Suite 217

San Antonio, TX 78205

(210) 335-2564

**407th District Court**

## Case Summary

### Case No. 2022CI05674

| | | | |
|---|---|---|---|
| **Amina Johnson VS Federal Information System Inc** | § | Location: | **407th District Court** |
| | § | Judicial Officer: | **407th, District Court** |
| | § | Filed on: | **03/28/2022** |

---

### Case Information

| | |
|---|---|
| Case Type: | EMPLOYMENT-RETALIATION |
| Case Status: | **03/28/2022  Pending** |

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022CI05674 |
| Court | 407th District Court |
| Date Assigned | 03/28/2022 |
| Judicial Officer | 407th, District Court |

---

### Events and Orders of the Court

| | |
|---|---|
| 03/28/2022 | New Cases Filed (OCA) |
| 03/28/2022 | PETITION |
| 05/04/2022 | MOTION FOR DEFAULT JUDGMENT |
| 05/06/2022 | REQUEST FOR SERVICE AND PROCESS |
| 05/18/2022 | **Citation Certified Mail** |
| 06/15/2022 | LETTER TO DISTRICT CLERK |
| | *Requesting copies/Email Various Pleadings on 6/17/22* |
| 06/21/2022 | REQUEST FOR SERVICE AND PROCESS |
| 06/24/2022 | **Citation** |
| 07/01/2022 | RETURN OF SERVICE - SUCCESSFUL |

Printed on 07/25/2022 at 9:27 AM

# EXHIBIT 2

 Gmail

Amina Johnson <johnsajj@gmail.com>

---

## Cause No. 2022CI05674; Amina Johnson v. Federal Information Systems, Inc.
2 messages

---

**Gwendolyn Laporte** <gwen@clausewitzreyes.com>                    Mon, Jul 25, 2022 at 3:22 PM
To: "johnsajj@gmail.com" <johnsajj@gmail.com>

Dear Ms. Johnson,

Please see the attached correspondence.

Thanks,

Gwen

**Gwen Laporte**

Legal Assistant

*gwen@clausewitzreyes.com*



2722 West Bitters Road, Suite 110

San Antonio, Texas 78248

T:  (210) 762-6422

F:  (210) 762-6899

www.clausewitzreyes.com

*NOTICE:  This communication may contain privileged or other confidential information.  If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Unless explicitly stated that the Sender intends to be bound pursuant to Rule 11 of the Texas Rules of Civil Procedure, nothing contained in this email shall be considered a binding agreement.*

---

 **2022-07-25 Johnson; Notice of Filing.pdf**
1472K

---

**Amina Johnson** <johnsajj@gmail.com>              Mon, Jul 25, 2022 at 7:58 PM
To: Gwendolyn Laporte <gwen@clausewitzreyes.com>, shellie@clausewitzlaw.com
Cc: Amina Johnson <johnsajj@gmail.com>

Gwen,

While I understand the intent, it does not Negate the Fact but not limited to:

1. Pursuant to Supreme Court of Texas, Misc. Docket No. 13-9128, the Federal Information System Inc Citation was Successfully Served on 20220401 @ 6:50 AM and Opened on 20220401 @ 11:04 AM
2. Pursuant to Rule 239, Texas Rules of Civil Procedure, a Default Judgement was Filed with the United States District Court of Bexar County on 20220504
3. Pursuant to 28 U.S. Code § 1446, the 30 days for Filing a Notice of Removal has Expired
4. Pursuant to Rule 99(c), Texas Rules of Civil Procedure..., the 21 days for Filing a Response has Expired
5. The Federal Information System Inc Citations was Successfully Served on 20220401 and 20220624
6. This is the First Communication since the Claim has been Filed in the District Court of Bexar County on 20220328

Please contact me if the Federal Information System Inc would like to Negotiate the Default Judgement Filed on 20220504

Amina Johnson
Pro se
(704) 258 - 5900
johnsajj@gmail.com


On Mon, Jul 25, 2022 at 3:22 PM Gwendolyn Laporte <gwen@clausewitzreyes.com> wrote:

> Dear Ms. Johnson,
>
>
> Please see the attached correspondence.
>
>
> Thanks,
>
> Gwen
>
>
> **Gwen Laporte**
>
> Legal Assistant
>
> gwen@clausewitzreyes.com



2722 West Bitters Road, Suite 110

San Antonio, Texas 78248

T:  (210) 762-6422

F:  (210) 762-6899

www.clausewitzreyes.com

[Quoted text hidden]

# EXHIBIT 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX (210) 281-2522
Website: www.eeoc.gov

December 29, 2021

Amina Johnson
7228 Queens Crescent St
Las Vegas, NV 89166

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Re:   EEOC Charge:  451-2021-01589
      Charging Party:  Amina Johnson
      Respondent:   FEDERAL INFORMATION SYSTEMS, INC

Dear Amina Johnson:

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed
Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected
thereon.  Specifically, on that date, EEOC sent you an email notification that EEOC had made a
decision regarding the above-referenced charge and advised you to download a copy of the
decision document from the Portal. Our records indicate you have not downloaded the Notice
from the Portal.  For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party
must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for
filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful.  If you have questions, please contact Beverly Collins, CRTI
Supervisor by telephone at (210) 640-7571 or email at sanantonio.intake@eeoc.gov.

Sincerely,

_December 29, 2021_                    _Estella V. Romanes_
Date Mailed                    *FOR*   B. L. Collins, Supervisory Investigator
                                       CRTIU

RTS-ND CP

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Amina Johnson<br>7228 Queens Crescent St<br>Las Vegas, NV 89166 | From: | San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2021-01589** | **Pamela Taylor,**<br>**Investigator** | **(210) 640-7558** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

| Enclosures(s) | For | **Norma Guzman,**<br>**Acting Field Director** | 12/15/2021<br>*(Date Issued)* |
|---|---|---|---|

cc: **Tiffanie Clausewitz**
**Clausewitz Law Firm**
**2722 W BITTERS RD, STE 110**
**San Antonio, TX 78248**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX (210) 281-2522
Website: www.eeoc.gov

Amina Johnson
7228 Queens Crescent St
Las Vegas, NV 89166

Re:    EEOC Charge:  451-2021-01589
       Charging Party:  Amina Johnson
       Respondent:    FEDERAL INFORMATION SYSTEMS, INC ("FEDITC")

Dear Amina Johnson:

Thank you for the additional information you submitted in response to our preliminary assessment of the evidence. We want to assure you that all the evidence submitted by you and the employer has been considered in our review of your case.

After review of the additional information you provided, it is our assessment that further investigation is unlikely to result in a violation of the statutes we enforce. In addition to the information provided in our November 9, 2021 correspondence, in your inquiry to the Commission you stated, "*On 20210331, I reported to my Direct Report that I was being treated differently by a Developer. On 20210401, I reported to my Direct Report and the Project Manager that my voice was not being heard and I was not going to Fix a Test just to Pass so the Features can be Release to Production*." Neither complaint is protected under the law because they did not identify a protected basis. Respondent acknowledged in its position statement you complained you were not heard because you were a woman, which is a protected complaint. However, there is no evidence you suffered any employment harm based on this allegation which must be present to prove discrimination. The evidence demonstrates the decision to end your job assignment with FEDITC was made solely by the Vice President of Information Systems, who was not aware of your complaints. The decision was based on a legitimate nondiscriminatory reason. The available information does not support a conclusion that Sex-Female, Retaliation, Race-Black/African American were factors in your employment experiences. While we realize that you have firm views that the evidence supports your position you were discriminated against, the final determination must comport with our interpretation of the available evidence and the laws we enforce.

Accordingly, we decline to take further action on the charge. Please find enclosed **Dismissal and Notice of Rights** that represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue the matter by filing a lawsuit in federal court within ninety (90) days of receipt of the dismissal notice. If you fail to file a lawsuit within the statutory ninety (90) day period following receipt of our dismissal notice, your right to sue in federal court will expire and cannot be restored by EEOC. You may wish to consider consulting private counsel who specializes in employment law about your employment experiences to determine whether you wish to initiate litigation and the likelihood of prevailing in any lawsuit you may file. Your local bar association may be able to provide referrals to local attorneys.

Sincerely,

12/15/2021
_____
Date

Jose  Colon-Franqui
Enforcement Supervisor

Enclosure:  Dismissal and Notice of Rights

SAFO DCL 2020

# EXHIBIT 4

FILED
5/4/2022 1:56 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Vanessa Williams
Bexar County - 407th District Court

Case 5:22-cv-00796-HJB    Document 9    Filed 08/18/22    Page 42 of 44

## IN THE UNITED STATES DISTRICT COURT
## OF BEXAR COUNTY

Amina Johnson,　　　　　　　）
　　　　Plaintiff.　　　　　　　）
　　　　　　　　　　　　　　）
vs.　　　　　　　　　　　　　）
　　　　　　　　　　　　　　）
Federal Information Systems Inc.,　）
　　　　　　　　Defendant.　　　）

**CIVIL COMPLAINT**

**Cause No. 2022CI05674**

### <u>MOTION FOR DEFAULT JUDGMENT</u>

On this day came to be heard the above-entitled and numbered cause wherein Plaintiff Amina Johnson pro se,  moves the Court for a judgment by default against the Defendant, Federal Information Systems Inc., for the reason the Defendant, Federal Information Systems Inc., although duly served with process, failed to respond to the complaint, but wholly made default.

Citation having been duly and properly served on the Defendant, Federal Information Systems Inc., and has remained on file for the time required by law, it is the opinion of the Court that it maintains jurisdiction over the subject matter and over said Defendant, Federal Information Systems Inc.,. The Court has the papers on file and is of the opinion that the Plaintiff's Complaint and Process Service have been admitted by the Plaintiff, Amina Johnson pro se. The Court finds that the Defendant, Federal Information Systems Inc., did not serve on the Plaintiff, Amina Johnson pro se, an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED, ADJUDGE, AND DECREED that the Plaintiff, Amina Johnson pro se, have and recover against the Defendant, Federal Information Systems Inc., judgment as follows:

1. Judgment against the Defendant, Federal Information Systems Inc., in the amount of 110,000.00, representing compensatory damage to the Plaintiff, Amina Johnson pro se.

2. Judgment against the Defendant, Federal Information Systems Inc., in the amount of 390,000.00, representing punitive damage to the Plaintiff, Amina Johnson pro se.

3. All writs and processes for the enforcement and collection of this judgment or the cost of the court may issue as necessary.

<u>CERTIFICATE OF LAST KNOWN ADDRESS</u>

I hereby certify that the last known address of the Defendant, Federal Information Systems Inc., is 1811 S Laredo Ste #107, San Antonio TX 78207.

Amina Johnson

Digitally signed by Amina Johnson
Date: 2022.05.04 10:50:39 -07'00'

5/4/2022
Date

Amina Johnson, Plaintiff
Pro se
4904 Royal Lake Ave
Las Vegas NV 89131
(704) 258-5900

Details - Case # 2022CI05674 - Envelope # 63169554

## Case

| | |
|---|---|
| Location | Category |
| Bexar County - 407th District Court | Civil - Employment |
| Type | Judge |
| Retaliation | 407th, District Court |

## Parties

⌄
Show All

Count: 2

## Filings

| | |
|---|---|
| Filing Code | Client Ref # |
| Service Only | 2022CI05674 |
| Filing Description | Submitted Date |
| Civil Complaint | 04/01/2022 6:50 AM |
| Status | Review Date |
| Served | |
| Comments | |

| | |
|---|---|
| Component | Document Name |
| | Digital Signed Bexar County Complaint Form.pdf |
| Description | Security |
| | Contains sensitive data |
| Download Version | |
| Original | Court Copy |

## Service

⌃
Hide all

Count: 1

| | |
|---|---|
| Federal Information System Inc | Service Method: EServe |
| office@fedinfosys.com | |
| Status: Sent (Opened) | |
| Served Date: 04/01/2022 6:50 AM | Opened Date: 04/01/2022 11:04 AM |
| Associated Parties: None | |

## Fees

| | |
|---|---|
| Payment Account | Party Responsible for Fees |
| Amina Johnson | Amina Johnson |
| Filer Type | |
| Attorney/ Other | |
| Order ID | Transaction Response |
| Transaction Amount | Transaction ID |
| $0.00 | 92673210 |

Help

*PLAINTIFF MOTION FOR REMAND TO STATE*
*Civil Action No. 5:22-cv-00796*

**Total**   $0.00

<span style="color:red">EXHIBIT A</span>