AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
January 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____MGR_____
DEPUTY

| Amina Johnson | ) | |
|---|---|---|
| | ) | |
| | ) | Civil Action No. 5:22-cv-796-HJB |
| Federal Information Systems, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court GRANTS FIS's summary judgment motion on Johnson's retaliation claim but DENIES the request for attorney's fees. As Johnson's retaliation claim was the only claim remaining in this case, her complaint is hereby DISMISSED WITH PREJUDICE..

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Henry J. Bemporad

Date: 01/26/2024

*CLERK OF COURT* PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*